Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

___3rd_____ Division

RECEIVED BY MAIL
FEB 26 2019
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

David Richard Kostuch

)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

19cv467 ADM/HB

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

)
)
)
)
)

Jury Trial: *(check one)*  ☐ Yes  ☑ No

-v-

The World

)
)
)
)
)
)

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | David Richard Kostuch |
| Street Address | 1078 Reaney Avenue #2 |
| City and County | Saint Paul, Ramey County |
| State and Zip Code | Minnesota, 55106-3919 |
| Telephone Number | (651)368-7939 |
| E-mail Address | kosdvdr@yahoo.com |

   B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

SCANNED
FEB 26 2019
U.S. DISTRICT COURT MPLS
Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: The World
- Job or Title (if known):
- Street Address: Wherever applicable
- City and County: Wherever applicable
- State and Zip Code: Wherever applicable
- Telephone Number: Wherever applicable
- E-mail Address (if known): Wherever applicable

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.   If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
13th Amendment

**B.   If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

       and has its principal place of business in the State of *(name)*

       _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The world has stolen from me since I was born. Including later, as I invented. I have been cheated, too, many different ways. I have been abused. I have some small injuries of others responsibility. People loan money from me easily, due to cameras on me, and sob stories. I am used as a medical person for 44 work years. I have a fuller statement on disc to be submitted as part of this claim.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Seeing the case is so "huge", I would never finish it, I am asking to be allowed to go into what are "my banks" to settle it. The system of money is created, and, advanced by me. If there were no loans, and/or etc., when I was young, nothing would have happened. I wish to reserve rights to all products that I care to take back, more specifically "vehicle(s)". And, assistance from "Driver of Motor Vehicle's", and, "licensing bureaus", to help.

## III. Additional Claims

Manufacturer's, auto sales, any sales, real estate, hotels, motels, hostels, vehicle manufacturing, auto manufacturing, insurance, any repair, advertising, point cards, credit cards, online accounts, apps, cloud, streaming, rental(s) of anything (including living place(s), an item(s), and/or etc.), payment for property(s) (either as: rent(s), sales(s), property tax(s), and/or etc. (as I see fit)), chip for cards, scan codes, TV, money, banks, media, tap cards, online hiring, city contracting, meters, credit card purchasing for machines, online financial transactions, business online, any business online (with exclusions of what used to be data sharing, and, a bit of newspaper-which was actually me in 1992 at a Circuit City in the Twin Cities), any business using online (with exclusions of what used to be data sharing, and, a bit of newspaper-which was actually me in 1992 at a Circuit City in the Twin Cities), and/or etc. Portion of small businesses that do-little work for the: amount of money, product(s), not really work, and/or etc. No camera on me. Processing insurance claims for stolen personal property. Prescription eye glass abuse, Anoka County police abuse (disorderly conduct, impound fees, license replacement, court case, time involved, and/or etc. with a dollar amount seen fair and fit to situation, there never was drug usage proven in court). A removal of disorderly conduct in Anoka County for no crime, asked a girl a question, that was it, $200 attorney fees, a fair and fit way to compensate. David Randall, Saint Paul Police for abuse, taken in with no arrest or "me being a harm to myself or others", tackled and abused, "I followed poison control recommendations". Collection of paid tax(s), that should have been held to pay me, but an amount I find fit from the taxes paid to the government(s). Tattoo shops, nail shops, fruits, vegetables, bands, how to produce education, candy box abuse from American Association for Lost Children Candy Boxes (The actual American Association for Lost Children), high school ring lifetime guaranty for High School Ring through Jostens, recreation, colors, all sports, clothing, games, textiles, appliances, shoes, shipping, USPS, delivery of any companies, package handlers, patent office, attorneys, producers, photography, publishing, drug stores, medications, hospitals, clinics, medics, doctors, optometrists, dental, orthodontics, any medical, zoos, animals, plants, wildlife, wood, building materials, blueprints, rough drafts, drawing, any art(s), jewelry, earrings, piercers, garage sales, estate sales, sales, auctions, fairs, shows, libraries, flea market, food vendors, carnivals, circuses, any books, ma and pa anything(s), barbers, stylists, and/or etc. A portion of: any tax(s), any income(s), any sale(s), and/or etc., fit to necessity of the services I provided or provide (real estate(s), property(s), product(s), business(s), luxury(s), income(s), FICA(s), Medica(s), and/or etc). A fee for printing money, pay for any organization, pay for any entity (government, non-government, and/or etc.). Pay for any government(s). A portion of any tax: as needed, seen fit, and/or etc. Pay for: electrical company(s), water work(s), park(s), and/or etc. Pay for: college attendance of mine that I should have obtained use of (denied guaranty, denied proper judgement for non-demerits of mine, and/or etc.), attorneys the government should have provided, wasted time in courts, and/or etc. An end to: forced work(s), forced writing computer program(s), forced work to a computer(s), and/or etc. (and, paid up to dollars I should have got, whether I have to take it from a bank account(s), or not). Decrease inflated/unnecessary pay to me, or as I see fit to others, if needed, and/or etc.

In my religion (of truth), along with my meticulous studies of life, products, renting, and/or services after my birth, I am a 100% owner of everything beyond sand. Since it is intellectual property (using "my brain"), and, I never agreed to sell, I still own 100%. By law, any intellectual property is enforceable up to 300%, this is what I am asking for. I am also asking for, up to 10% interest what is within the law. Since some things are dear to me, for example: certain vehicle(s)/any vehicles, and "arts, that I reserve rights to", arts that have gone too far to be on the road (that are really: car manufacturers, hobby car makers, and/or etc., that if I wish, I have rights to have recalled and/or changed to a more respectable style. Reserve my rights to: any vehicle(s), anything(s), any style(s) to vehicle(s), style(s) to certain thing(s), and/or etc. Have the right to approve production of vehicle(s), for each company before making (a right to what I want of vehicle(s) to myself, a right to any vehicle(s) being auctioned off

(compensation to a proper amount if deemed necessary), the right to any further use and taking back any of my higher line(s) of intellectual property for vehicle(s)) (with or without compensation: if continuously abused no compensation), and/or etc. Same here for vehicle(s), for: higher lines of property.

I also, reserve the right and current rights to removing amounts of money "fairly, with interest": for employment I have done (and, paying taxes), resources of mine abused, loans, idiotic treatment to me (compared to others for what I do), abuse, false needs for lock up in a hospital, doctor through lockups, lockups with false or no charges at all, false needs to threat lockup, unneeded jail, forced to be a doctor, a priest to explain reality (the differences between life is free, cheap, and/or etc., and it is not, "not that I want to be", "a priest"), a social worker, theft, dope at a college that was used for money and abuse, any of my urine (control how used), book writing, computer programming, any of my brain usage, hiring and firing, and/or etc. For example: 200% worth plus 10% per year, unless more is needed to replace, time to replace items fees, attorney fees as needed, control of banks for these or similar needs to get through to my life, replacement of items (fee to do so, with fees to replace, loss of use, interest, and/or etc.), and/or etc. Fees for me to be an attorney, modest and to the proper bank account(s), due to case and time (only up to a fair attorney wage for time spent, and, the amount of work put in as a tougher amount of work per hour within reasonable amount(s)).

A right to not be a doctor for the rest of my life with an already 44 work years if recorded from 1976 and including 1976 for being a doctor (including: jails, hospital lock-ups, and/or etc., used to be a doctor), paid for the work I have done as a doctor (through whatever: government, healthcare, and/or etc. funds necessary to be paid). Retirement(s), especially health care, in any form(s). A right to not be abused by Presidents and enforce financial penalties as necessary, "especially democrat's", whom in my life turned out to be the most abusive (especially "Obama"). A right to enforce my rights to racial slurring, and/or etc., as necessary or appropriate, for example through a license plate number. Reserve my rights, to not produce certain product(s). Enough care to prevent me from: wrongful, unnecessary, and/or etc., lock-ups. Truth of needing medicine(s) or not, compensation if necessary. Paid for gasoline and other fuels. Arrested if Fridley without a warrant for my arrest. Name games. AMWAY, World Wide Dream Builders (including standing order tapes) rights to collect for force and neglect to be able to do. Allergic to urine tests, if lawfully necessary, will do blood draws. Anything just fully right to act upon as a sworn to act in best way possible to solve situations, using financial means (in the proper, appropriate, and best ways possible). Dog bites. Blood on an ice cream cone at Fridley McDonalds (2018).

Paid for and be done with unnecessary: emergency personnel blowing sirens to me at home (hurtful and unnecessary), with proper person(s) to report to, and/or etc.

Paid for disrespect with words (including phone calls), proper (complaint and/or high up management lines to call about maltreatment by employees), hospital maltreatment, maltreatment in general (and, compensation as necessary), and/or etc., decided by me in a proper amount.

Proof here as to no new noteworthy invention to anyone besides me legally, to gain myself: no work to prove what only comes from what I have already done can be someone else's "personal property", piece of mind to me, a sense of retirement, up to the point of collecting money instead of being robbed, no need to write what again does come from "my personal property" with no chance of being "someone else's personal property", retirement to be to take what I want of what is mine that is fair instead of

continuing to go to court, which protects me as an American to not have to be in court like a criminal for working, to have a future, and/or etc.

A return of my body to full life, includes: "my eyes" (seeing properly, which if I trick or get a chance to see above my glasses, I can), cameras of people not watching me, and cameras used with me "as a doctor" not being used, possibly oxygen.

Have an identification card or cards, other than my driver's license, for any governments, across the world to take "my money": from any bank account(s), from any bank(s), ability to write loans as necessary to cover service(s) of mine not paid, and/or etc., for "my purpose".

I do keep a file with the National Intellectual Property Coordination Center, they at least are supposed to have a file, heard an opinion that they are for this (not having to prove anymore) being my file and report/case.

The point of this is to gain the right to "my life", without a lengthy amount of time, "my right to a speedy trial".

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/21/2019

Signature of Plaintiff: *David R. Kostuch*
Printed Name of Plaintiff: David Richard Kostuch

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____