David Kostuch
1078 Reaney Ave. #2
Saint Paul, MN 55106

US District Court
300 South 4th Street
Suite 202
Clerk's Office
Minneapolis, MN 55415



U.S. POSTAGE PAID
FCM LG ENV
SAINT PAUL, MN
55106
FEB 22, 19
AMOUNT
$1.30
R2304H108485-02

1024
55415

RECEIVED BY MAIL
FEB 26 2019
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
FEB 26 2019
U.S. DISTRICT COURT MPLS