# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

David Richard Kostuch,

        Plaintiff,

v.

The World,

        Defendant.

Civil No. 19-cv-0467 (ADM/HB)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of United States Magistrate Judge Hildy Bowbeer. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. This matter is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B).

3. The application to proceed *in forma pauperis* of Plaintiff David Richard Kostuch [Doc. No. 2] is **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 2, 2019          s/Ann D. Montgomery
                                             ANN D. MONTGOMERY
                                             United States District Judge